FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 22, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA BYRD, wife, and JOHN DOE BYRD, husband,<br><br>               Plaintiffs,<br><br>        v.<br><br>USAA CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>               Defendant. | No. 4:18-cv-05130-SMJ<br><br>**ORDER DISMISSING CASE** |

On March 20, 2019, the parties filed a Stipulation for Dismissal, ECF No. 41. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED**:

    **1.**    The parties' Stipulation for Dismissal, **ECF No. 41**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

    **5.**    The Clerk's Office is directed to **CLOSE** this file.

//

ORDER DISMISSING CASE **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of March 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2